UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DISTRICT

---

Gina Cascio,

Plaintiff,

v.

Bob, Inc., a Minnesota corporation,

Defendant.

File No. 00-2776 (ADM/SRN)
Case Type: Employment

**STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE**

---

WHEREAS, the parties hereto desire, by execution hereof, to fully and finally resolve the subject matters of this action;

NOW, THEREFORE, it is stipulated and agreed between the plaintiff and defendant and any and all of their heirs, successors and assigns, that the above-entitled action, may be and hereby is dismissed with prejudice, and on the merits, without further costs to any party and that a judgment of dismissal with prejudice, and on the merits may be entered pursuant to this Stipulation and without further notice.

Dated: 6/25/01

John A. Klassen, Esq.
John A. Klassen, P.A.
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402

Attorney for Plaintiff

JUL 16 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

Dated: 6-19-01

Lynn M. Starkovich (190469)
Daniel J. Ballintine (256584)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(952) 835-3800

Attorneys for Defendant

## ORDER

Pursuant to the foregoing Stipulation of Dismissal with Prejudice, the action is hereby dismissed with prejudice, and without further costs to either party.

Dated: July 13, 2001

BY THE COURT

Hon. Ann D. Montgomery
U.S. District Court of Minnesota

::ODMA\PCDOCS\LIB1\682832\1